Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Ajay Walia, et al., <br><br> Defendants. | CASE NO. CV 10-5136 SC <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS AJAY WALIA and RAKESH KUMAR SONDHI A/K/A RAKESH K SONDHI, individually and d/b/a PIZZA AND PIPES, and INDIA HOUSE, LLC, an unknown business entity d/b/a PIZZA AND PIPES |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants AJAY WALIA and RAKESH KUMAR SONDHI A/K/A RAKESH K SONDHI, individually and d/b/a PIZZA AND PIPES, and INDIA HOUSE, LLC, an unknown business entity d/b/a PIZZA AND PIPES that the above-entitled action is hereby dismissed **without prejudice** against AJAY WALIARAKESH KUMAR SONDHI A/K/A RAKESH K. SONDHI, individually and d/b/a PIZZA AND PIPES, and INDIA HOUSE, LLC, an unknown business entity d/b/a PIZZA AND PIPES, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 15, 2011, the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: July 7, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 8/15/11

LAW OFFICES OF TRIANO & BYRNE
By: Mark D. Byrne
Attorneys for Defendants
AJAY WALIA and RAKESH KUMAR SONDHI
A/K/A RAKESH K SONDHI, individually and
d/b/a PIZZA AND PIPES, and INDIA HOUSE, LLC,
an unknown business entity d/b/a PIZZA AND PIPES

IT IS SO ORDERED:

_____
The Honorable Samuel Conti
United States District Court
Northern District of California

Dated: 8/22/11

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]*

STIPULATION OF DISMISSAL
CV 10-5136 SC
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 7, 2011 I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS AJAY WALIA and RAKESH KUMAR SONDHI A/K/A RAKESH K SONDHI, individually and d/b/a PIZZA AND PIPES, and INDIA HOUSE, LLC, an unknown business entity d/b/a PIZZA AND PIPES**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Mark D. Byrne, Esquire (Attorneys for Defendants)
LAW OFFICES OF TRIANO & BYRNE
25 Jessie Street, 16th Floor
San Francisco, CA 94105

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 7, 2011, at South Pasadena, California.

Dated: June 7, 2011

_____
INESA MAMIDJANYAN